DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICARDO MANCANO SILVA,**
Appellant,

v.

**PRISCILLA LEMOS,**
Appellee.

No. 4D17-1455

[May 3, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Arthur M. Birken, Judge; L.T. Case No. 13-1234 (35).

Melody Ridgley Fortunato of Fortunato & Associates, P.A., Fort Lauderdale, for appellant.

Patricia Elizee of Elizee Law Firm, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***